UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the Matter of:

*Rhonda Steen v. Life Insurance Company of North America, et al.*

FILED: JULY 23, 2008
08CV4181
JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN
TG

Case Number: _____

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Life Insurance Company of North America; The United States Life Insurance Company in the City of New York; and American International Group, Inc. also known as AIG American General

| | |
|---|---|
| **SIGNATURE** /s/ *Jason M. Kuzniar* | |
| **FIRM** Wilson, Elser, Moskowitz, Edelman & Dicker LLP | |
| **STREET ADDESS** 120 North LaSalle Street, Suite 2600 | |
| **CITY/STATE/ZIP** Chicago, Illinois 60602 | |

| ID NUMBER 6270123 | TELEPHONE NUMBER 312-704-0550 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

506119.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing pleading was served on:

Donald L. Bertelle, Esq.
11 S. LaSalle St., Suite 1000
Chicago, IL 60603-1207
312-201-8885

by: ☒ hand-delivery; ☐ facsimile; ☐ overnight mail, next day delivery; and/or ☐ depositing same in the US Mail at or before the hour of 5:00 p.m. this 23d day of July 2008.

/s/ Jason M. Kuzniar
Jason M. Kuzniar

506119.1