IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA STEEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA, THE UNITED STATES LIFE )<br>INSURANCE COMPANY IN THE CITY OF )<br>NEW YORK, and AMERICAN )<br>INTERNATIONAL GROUP, INC. also known )<br>as AIG AMERICAN GENERAL, )<br>)<br>Defendants. ) | Case No. 08 CV 4181<br><br>Judge Andersen<br>Magistrate Judge Ashman |

## NOTICE OF MOTION

To: *See* Certificate of Service

  **PLEASE TAKE NOTICE** that on the 4th day of September, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen in Room 1403 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion for Extension of Time to File Responsive Pleading**, a copy of which is attached and hereby served upon you.

                **Life Insurance Company of North America, The United States Life Insurance Company in the City of New York, and American International Group, Inc. also known as AIG American General, Defendants**

                By: */s/ Jason M. Kuzniar*_____
                   One of their attorneys

Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 N. LaSalle St., Suite 2600
Chicago, IL 60602
Tel: 312-704-0550

515452.1

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on August 29, 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

Donald L. Bertelle, Esq.
(dlbertelle@sbcglobal.net)

                                          _/s/ Jason M. Kuzniar_____
                                                       Jason M. Kuzniar

515452.1